TRULINCS 10235511 - FORNEY, JOEL DAVID - Unit: BRO-K-C

---

FROM: 10235511
TO:
SUBJECT: Letter to the Court
DATE: 02/19/2026 07:33:45 PM



F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 26 2026 ★

BROOKLYN OFFICE

February 19, 2026

HONORABLE KIYO A. MATSUMOTO
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMEN PLAZA EAST
BROOKLYN, NY 11201

RE: UNITED STATES V JOEL DAVID FORNEY; Case number 24-CR-146 (KAM)

Dear Judge MATSUMOTO:

 For the following reasons, I am requesting a change of standby counsel.

 On various occasions, I have requested standby counsel to perform out-of-court tasks, namely, to turnover paperwork regarding my case, as well as transcripts so that, as a prose defendant I can properly and thoroughly prepare future motions and pleadings.

 Standby Counsel has failed to do so. Standby counsel is claiming the government is stalling, yet, during a VTC conference in December 2025, standby counsel specifically advised me that the documents/transcripts I'm seeking are in her possession. Why is standby counsel failing to deliver on something she has control over?

 Again, on or about January 23, 2026, standby counsel informed me not to file motions until I've received the documents I've been seeking, stating: "Wait at least 2 weeks." After not receiving documents for about 2 weeks, standby counsel informs me on February 6, 2026 that we're going to file despite not having the necessary paperwork. Why were 2 weeks wasted?

 It must be stated that at this point standby counsel and I have a complete breakdown in communications. Going back to the December 2025 VTC, standby counsel was extremely disrespectful. Cutting me off every time I tried to speak, not giving me any opportunity to ask her to do anything she was appointed for.

 I'm fighting for my life and standby counsel is not assisting in anyway - meaningful or otherwise.

 It is respectfully requested that standby counsel be reassigned and that a court date be set for Monday March 3, 2026 for a counsel re-assignment hearing.

 I thank the Court for its time and consideration in this matter.

Respectfully,

Joel David Forney
Defendant, Pro'se

CC: Lauren Di Chiara, ESQ.,
  Attorney at Law
  Standby Counsel for the Defendant

JOEL DAVID FORNEY #10335-511
METROPOLITAN DETENTION CENTER
MDC BROOKLYN
PO BOX 329002
BROOKLYN NY 11232

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232
The enclosed letter was processed through mail procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

HON. KIYO A. MATSUMOTO
US DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMEN PLAZA EAST
BROOKLYN NY 11201

LEGAL MAIL