### LAUREN DI CHIARA
Attorney-at-Law

52 Duane Street, 7th Floor
New York, NY 10007

Tel: (516) 695 – 6801  Email: laurendichiara.law@gmail.com
  Admitted in SDNY, EDNY, USSC, NY & CT

**VIA ECF**

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

March 3, 2026

Re: *United States v. Joel Forney*
    24-CR-146 (KAM)

Dear Judge Matsumoto,

I have been appointed in the above referenced matter as "stand-by" counsel. I write this letter in response to the letter filed by Mr. Forney (Doc. No, 175).

Just as Mr. Forney was inaccurate in stating that March 3, 2026, was on Monday, Mr. Forney was inaccurate in the remainder of information stated within his letter regarding my representation. If the Court would like the details of these inaccuracies I can provide them, however, I believe what this indicates, is that Mr. Forney was correct as to one aspect of his letter, there has clearly been a breakdown in communication.

As such, I would respectfully join in Mr. Forney's application for new "stand-by" counsel.

Respectfully submitted,

*Lauren Di Chiara*
**Lauren Di Chiara**
Stand-by Counsel for Mr. Forney

cc: All Parties (via ECF)